Sherwood J. Reese
Sherwood.reese@comcast.net
Luke Moen-Johnson
sherwoodreese@comcast.net
Drew L. Johnson, P.C.
1700 Valley River Drive, Suite 100
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **ANTHONY F.,** <br><br> Plaintiff, <br><br> vs. <br><br> Commissioner of Social Security Administration, <br><br> Defendant. | Civil No. 6:24-CV-00558-JR <br><br> **ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |

     The Commissioner takes no position on the request to award a netted 406(b) award. Upon consideration of Plaintiff's petition for attorney fees pursuant to 42 U.S.C. §406(b), and Defendant neither opposing nor supporting the application, Plaintiff's counsel Luke Moen-Johnson is hereby awarded attorney fees under the Social Security Act, 42 U.S.C. §406(b) in the gross of $26,312.75, out of which he will refund to Plaintiff any Equal Access to Justice

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -       1

("EAJA") fees received by counsel in the amount of $11,250.00, for an anticipated net §406(b) cost to Plaintiff herein of $15,062.75. The Commissioner shall deduct from this amount any applicable processing fee prescribed by law and pay Plaintiff's counsel Luke Moen-Johnson the balance from the past-due benefits the agency withheld from Plaintiff in anticipation of an order under 42 U.S.C. §406(b).

    IT IS SO ORDERED this 30th day of December, 2025.

                                      /s/ Jolie A. Russo
                                      Jolie A. Russo
                                      U.S. Magistrate Judge

PRESENTED BY:

By:    /s/ SHERWOOD J. REESE
        Sherwood J. Reese, OSB #144130
        Of Attorneys for Plaintiff