Sherwood J. Reese
Sherwood.reese@comcast.net
Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **ANTHONY L. FERNANDEZ,** | Civil No. 6:24-CV-00558-JR |
| Plaintiff, | |
| vs. | **ORDER APPROVING AUXILIARY ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |
| **Commissioner of Social Security Administration,** | |
| Defendant. | |

The Commissioner takes no position on the request to award §406(b) auxiliary attorney fees.  Upon consideration of Plaintiff's Motion for attorney fees pursuant to 42 U.S.C. §406(b), and Defendant neither opposing nor supporting the Motion, Plaintiff's counsel Luke Moen-Johnson is hereby awarded attorney fees for Plaintiff's auxiliary retroactive benefits on behalf of his children in the amounts of $8,200.00 for Alex F. and

ORDER APPROVING AUXILIARY FEES PURSUANT TO 42 U.S.C §406 (b) -      1

$1,084.00 for Talia F., for a total of $9,284.00.  Any attorney fees owing in excess of past-due benefits withheld by the Defendant shall be paid by Plaintiff.

IT IS SO ORDERED this 30th day of March, 2026.


 /s/ Jolie A. Russo
Jolie A. Russo
U.S. Magistrate Judge


PRESENTED BY:

By:    /s/ SHERWOOD J. REESE
        Sherwood J. Reese, OSB #144130
        Of Attorneys for Plaintiff


ORDER APPROVING AUXILIARY FEES PURSUANT TO 42 U.S.C §406 (b) -    2